IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IVAN L. MENDEZ | : | CIVIL ACTION |
| v. | : | |
| ALL OF THE PERSONNEL (WORKERS) OF THE SUPREME COURT OF DELAWARE | : | NO. 13-6153 |

### O R D E R

AND NOW, this         day of October, 2013, having considered plaintiff Ivan L. Mendez's motion to proceed *in forma pauperis* (Document No. 1) it is hereby ORDERED that:

1. The motion to proceed *in forma pauperis* is DENIED, pursuant to 28 U.S.C. § 1915(g), for the reasons discussed in the Court's Memorandum.

2. If he seeks to continue with this case, plaintiff must remit the $350 filing fee and $50 administrative fee to the Clerk of Court within thirty (30) days of the date of this Order.

3. The Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

_____
C. DARNELL JONES, II, J.